UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PIETRO ERNEST TERRELL,

    Petitioner,

v.

CAROL HOWES,

    Respondent.
_____/

File No: 1:08-cv-179

HON. ROBERT HOLMES BELL

# ORDER APPROVING AND ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On March 1, 2011, Magistrate Judge Joseph G. Scoville entered a Report and Recommendation ("R&R") recommending that this Court dismiss Petitioner's due-process claim arising from the running of the statute of limitations and order Respondent to file an answer to all remaining claims. (Dkt. No. 59.) The R&R was duly served on the parties, no objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's March 1, 2011, R&R (Dkt. No. 59) is **APPROVED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's due-process claim arising from the running of the statute of limitations, identified as ground VIII in his initial brief (Dkt. No. 2) and as part of ground 4 in his amended habeas petition (Dkt. No. 5) is **DISMISSED** on its merits.

**IT IS FURTHER ORDERED** that Respondent shall file an answer to all remaining habeas corpus claims, including the claim framed in Petitioner's supplemental brief (Dkt. No. 58) within thirty days.

Dated: March 17, 2011                                   /s/ Robert Holmes Bell
                                                                     ROBERT HOLMES BELL
                                                                     UNITED STATES DISTRICT JUDGE